**Appeal Dismissed and Memorandum Opinion filed August 22, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00417-CV

---

## CEOLA WASHINGTON, INDIVIDUALLY AND AS NEXT FRIEND OF DECEDENT, Appellants

### V.

## MEMORIAL HERMANN HEALTH SYSTEM, DR. JOSE LUIS MARTINEZ, JR., AND JEREMY DAT VU, Appellees

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-61368**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed May 10, 2024. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On August 1, 2024, this court ordered appellant to pay the appellate filing fee on or before August 12, 2024, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.